**BOWLES, Adm'r of Office of Price Administration, v. CAMILLACI.**

Civil Action No. 1439.

District Court, W. D. New York.

Dec. 30, 1943.

Charles E. McMahon, of Rochester, N. Y. (Lloyd V. Storandt, of Rochester, N. Y., of counsel), for plaintiff.

MacFarlane, Harris & Goldman, of Rochester, N. Y. (Joseph W. Martin, of Rochester, N. Y., of counsel), for defendant.

BURKE, District Judge.

The proceeding must be construed as one to punish for civil contempt and as such should be dismissed. McCann v. New York Stock Exchange, 2 Cir., 80 F.2d 211, 214; Federal Trade Commission v. A. McLean & Sons, 7 Cir., 94 F.2d 802.

As suggested in the McCann case, supra, an order should be entered directing the local attorney for the Office of Price Administration to prosecute the defendant criminally on behalf of the Court.